



★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-11-00047-CV

Hermelinda **GARZA**,
Appellant

v.

Rafael **CRUZ**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI18008
The Honorable Renée F. McElhaney, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice

Delivered and Filed:  November 2, 2011

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by September 21, 2011. The brief was not filed by the deadline. On September 28, 2011, appellant was ordered to show cause in writing by October 13, 2011, why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant did not respond to our order. This appeal is dismissed for want of prosecution. Costs of the appeal are taxed against appellant.

PER CURIAM
